UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                        Originating Case No. 1:21-cr-27-8
                        Case No. 21-30570

v.

**KAEMON BERNARD-DONYELL KING**,

      Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## <u>ANOTHER DISTRICT AND SUPPORTING BRIEF</u>

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an amended order

transferring defendant **KAEMON BERNARD-DONYELL KING** to answer to charges

pending in another federal district, and states:

1.    On or about December 2, 2021, defendant was arrested in the Eastern

District of Michigan in connection with a federal arrest warrant issued in the

Northern District of West Virginia based on a Pretrial Release Violation.

2.    Rule 5 requires this Court to determine whether defendant is the

1

person named in the arrest warrant described in Paragraph One above.   *See* Fed.

R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer

proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney


s/Susan Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
susan.fairchild@usdoj.gov
(313) 226-9577


Date:   December 2, 2021